PROB 12C
(7/93)

Report Date: April 7, 2016

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Douglass                    Case Number: 0980 2:09CR00058-WFN-1

Address of Offender:                     Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: August 7, 2009

Original Offense:    Conspiracy to Distribute 100 Grams or More of Heroin, 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)(I); Distribution of Heroin, 21 U.S.C. § 841(a)(1); Possession with the Intent to Distribute Heroin, 21 U.S.C. § 841(a)(1);

| | | |
|---|---|---|
| Original Sentence: | Prison - 74 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: October 18, 2013 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: October 17, 2017 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 28, 2016, Robert Douglass submitted a urine specimen at Alcohol Drug Education Prevention Treatment (ADEPT), that was confirmed positive for heroin. On March 30, 2016, Robert Douglass submitted a urine specimen at the Spokane Residential Reentry Center (RRC) that was confirmed positive for heroin.

2    **Special Condition # 18**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**Supporting Evidence**: On April 7, 2016, Robert Douglass was terminated from the RRC for repeated program violations. Specifically, he became agitated with staff, and was involved in an altercation with another RRC resident.

Prob12C
**Re: Douglass, Robert**
**April 7, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/07/2016

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/8/2016
Date